UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN HALL,

                    Plaintiff,                    No. 10-CV-13274

vs.                                               Hon. Gerald E. Rosen

SHERI L. BURT, et al.,

                    Defendants.
_____/


ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND GRANTING DEFENDANTS BURT, STEPHENS
AND PRINCE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

                    At a session of said Court, held in
                    the U.S. Courthouse, Detroit, Michigan
                    on _____July 5, 2011_____

          PRESENT:   Honorable Gerald E. Rosen
                     United States District Chief Judge

     This matter having come before the Court on the May 16, 2011 Report and

Recommendation of United States Magistrate Mona K. Majzoub recommending that the

Court grant Defendants Sherry Burt, Robin Stephens, and Russell Prince's Motion for partial

summary judgment, and dismiss Plaintiff's claims of denial of access to the courts against

these three Defendants; and no timely objections to the Magistrate Judge's Report and

Recommendation having been filed; and the Court having reviewed the Magistrate Judge's

Report and Recommendation, and the Court's file of this action and having concluded that,

for the reasons stated in the Report and Recommendation, Defendants' motion for partial

summary judgment should be granted and Plaintiff's denial of access to the courts claims against these Defendants should, accordingly, be dismissed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 16, 2011 **[Dkt. # 20]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants Burt, Stephens and Prince's Motion for Partial Summary Judgment **[Dkt. # 11]** be, and hereby is, GRANTED.  Plaintiff's claims of denial of access to the courts against these three Defendants are, accordingly, DISMISSED, with prejudice.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  July 5, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 5, 2011, by electronic mail and upon Stephen Hall, #434965, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221 by ordinary mail.

s/Ruth A. Gunther
Case Manager